UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH SMITH AND
JOSHUA CARNEY                                                                            PLAINTIFFS

vs.                                                                       No. 3:13-cv-967-CWR-FKB

TOWER AUTOMOTIVE OPERATIONS USA 1, LLC                                    DEFENDANT

FINAL JUDGMENT ON JURY VERDICT

THIS CAUSE came on to be heard on April 14-21, 2014, on the Complaint of the Plaintiffs, Joseph Smith and Joshua Carney, and the Defendant, Tower Automotive Operations USA 1, LLC, (hereinafter "Tower Automotive"), and having been called for trial and all parties being present in open court and represented by counsel and having announced ready for trial upon issue joined, this matter proceeded to trial before a jury of seven (7) good and lawful citizens, all parties having presented evidence and finally rested their case.  After hearing all of the evidence and arguments of counsel presented on April 14-21, 2014, this matter was presented to the Jury upon instructions by the Court.

The Jury thereupon retired, deliberated, and returned into open court a verdict in favor of Joseph Smith on his claim of unlawful retaliation in the amount of $122,400 for back pay and $10,000.00 for compensatory damages and in favor of Joshua Carney on his claim of unlawful retaliation in the amount of $118,800.00 for back pay and $20,000.00 for compensatory damages against Tower Automotive, but the Court found for Defendant as to Plaintiffs' claim for punitive damages.

The Court, having received the verdict and determined that the verdict was unanimous, finds

that Judgment should be entered in favor of Joseph Smith in the amount of $132,400.00 and in favor of Joshua Carney in the amount $138,800.00 against Tower Automotive.

IT IS FURTHER ORDERED AND ADJUDGED that this final Judgment be entered in favor of Joseph Smith and Joshua Carney in the total amount of $271,200.00.

IT IS FURTHER ORDERED AND ADJUDGED that the parties have twenty-eight (28) days from the entry of Judgment to file post-trial motions.

SO ORDERED AND ADJUDGED, this the 25th day of April, 2014.

> s/Carlton W. Reeves
> UNITED STATES DISTRICT JUDGE